UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DURHAM,<br><br>             Plaintiff,<br><br>       v.<br><br>BELL-CARTER FOODS, LLC,<br><br>             Defendant. | Case No. 23-cv-04256-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties have advised the Court that they have reached an agreement in principle to settle this matter and expect to file a joint stipulation of dismissal with prejudice within 30 days. (Dkt. No. 22.) Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 60 days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within 60 days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 9, 2024

_____
SALLIE KIM
United States Magistrate Judge